JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BENTON, an individual, | CASE NO. CV 12-07735 MMM (MRWx) |
| Plaintiff, | |
| v. | JUDGMENT |
| BAKER HUGHES, a Texas corporation, and BAKER PETROLITE, a Texas corporation and DOES 1-100 | |
| Defendants. | |

On June 30, 2013, the court dismissed plaintiff's first amended complaint with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED:

1. That plaintiff takes nothing by way of his complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: June 30, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE